

# CIVIL INFORMATION FORM

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/8/2025 9:13:03 AM
CHRISTOPHER A. PRINE
Clerk

TRIAL COURT NO. _____

_____

APPELLANT

VS.

_____

APPELLEE

IN THE _____ COURT

OF _____ COUNTY

1.   PRESIDING JUDGE: _____

2.   COURT REPORTER: _____

3.   COUNSEL FOR APPELLANT: _____
        ADDRESS: _____
        _____
        _____

4.   COUNSEL FOR APPELLEE : _____
        ADDRESS: _____
        _____
        _____

5.   DATE APPEALABLE ORDER SIGNED: _____

6.   DATE NOTICE OF APPEAL FILED: _____

7.   DATE AFFIDAVIT OF INDIGENCE FILED, IF ANY: _____

8.   DATE MOTION FOR NEW TRIAL OR POST JUDGMENT MOTION FILED, IF ANY:_____

9.   DATE REQUEST FOR FINDINGS OF FACTS FILED, IF ANY: _____

10.  ACCELERATED APPEAL?_____YES  _____NO

11.  GENERAL NATURE OF CASE: _____

12.  IS THE TDPRS (TEXAS DEPT. OF PROTECTIVE & REGULATORY SERVICES)
     INVOLVED IN THIS CASE?:_____YES  _____NO

Signed: _____

Ú@}^Kᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟᷟ ᷟO{ æaK _____